*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





# MEMORANDUM OPINION

No. 04-11-00321-CV

Wayne **EVANS** and Shane L. Evans,
Appellants

v.

**STONE OAK ENTERPRISES, L.P.,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-11295
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Steven C. Hilbig, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  June 22, 2011

MOTION TO DISMISS GRANTED

The parties filed a joint motion to dismiss this appeal with an agreement that the appellants pay costs. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(2). The appeal is dismissed.

PER CURIAM